**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 30, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00537-CR

---

## CHRISTOPHER NATHANIEL LYNCH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 18-CR-4093**

---

## MEMORANDUM OPINION

Appellant Christopher Nathaniel Lynch has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Wise and Jewell.

Do Not Publish – Tex. R. App. P. 47.2(b)